IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW SODERLIN,

    Plaintiff,

v.

LORI DOEHLING, ANGELA THOMPSON,
PAULA BRADY and JOHN AND JANE DOES 1-5,

    Defendants.

ORDER

Case No. 18-cv-899-wmc

In an order entered on June 1, 2020, plaintiff Matthew Soderlin was granted leave to proceed against defendants Lori Doehling, Angela Thompson, Paula Brady, and John and Jane Does 1-5. Pursuant to an informal service agreement between the Wisconsin Department of Justice and this court, the Wisconsin DOJ has filed an Acceptance of Service on behalf of defendants Lori Doehling and Angela Thompson, but does not accept service for defendant Paula Brady.

Because plaintiff paid the full $400 filing fee, he is responsible for effecting service on defendant Paula Brady following a method approved under Fed. R. Civ. P. 4. Attached to this order is the "Procedure for Serving a Complaint on an Individual in a Federal Lawsuit." I am directing the clerk's office to forward the summons, amended complaint (dkt. 6) and the court's June 1 screening order (dkt. 7) to plaintiff to arrange for service on defendant Paula Brady.

The Wisconsin DOJ has agreed to accept electronic service of documents on behalf of the defendants it represents through the court's electronic filing system. This means that for the remainder of this lawsuit, plaintiff does not have to send a paper copy of each document filed with the court to the Wisconsin DOJ or defendants Lori Doehling and Angela Thompson. However, because the Wisconsin DOJ is not representing defendant Paula Brady, plaintiff will

1

still be required to send paper copies of each document filed with the court to counsel for Paula Brady.

Discovery requests or responses are an exception to the electronic service rule. Usually, those documents should be sent directly to counsel for the opposing party and do not have to be sent to the court. Discovery procedures, including the most efficient way to obtain the identification of the Doe defendants in this case, will be explained more fully at the preliminary pretrial conference.

## ORDER

IT IS ORDERED that the clerk's office is directed to forward the summons, amended complaint (dkt. 6) and the court's June 1 screening order (dkt. 7) to plaintiff to arrange for service on defendant Paula Brady. Plaintiff is to promptly serve these documents on defendant Paula Brady and file proof of service as soon as service has been accomplished.

Entered this 6th day of July, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge